IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-35602-H3-7 |
| | § | |
| NIR NISSIM LEVY, | § | (Chapter 7) |
| | § | |
| DEBTOR | § | |

### TRUSTEE'S NOTICE OF ABANDONMENT
### OF PROPERTY OF THE ESTATE

---

**NOTICE PURSUANT TO LOCAL RULE 9013**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

---

You are hereby notified that the Trustee of the above-captioned estate intends to abandon property of the estate not less than twenty (21) days from the date hereof for the reason that such property is of inconsequential value or benefit to the estate, pursuant to 11 U.S.C. § 554(a). This notice shall serve as the Trustee's Application to Abandon Property of the Estate. The property which is to be abandoned is described as follows:

    Diamonds described as "1.04 Br. Diamonds, 4 stones 2.34 Radiant Fancy Yellow, 3 stones 2.28 tw, 1.32 princess diamonds 2 stones, .92 2 stones round, 2.51 round diamond."

    Claims to recover diamonds transferred prepetition to A. Benjamini, Inc.

The Trustee has evaluated the diamonds and believes that the values are insufficient to justify liquidation. Further, the diamonds are subject to a consignment claim by Diamond Collection & Co. Based on the foregoing, the Trustee believes these assets have no value to the estate and should be abandoned.

          Respectfully submitted,

          */s/ Timothy L. Wentworth*
          TIMOTHY L. WENTWORTH
          State Bar. No. 21179000

OF COUNSEL:
CAGE, HILL & NIEHAUS, L.L.P.
5851 San Felipe, Suite 950
Houston, Texas 77057
Telephone: (713) 789-0500
Telecopier: (713)974-0344
ATTORNEYS FOR
LOWELL T. CAGE, TRUSTEE

## **CERTIFICATE OF SERVICE**

     I hereby certify that on or before April 28, 2017, a true and correct copy of the *Trustee's Notice of Abandonment of Property of the Estate* was served through the Court's BK/ECF system or by United States mail to all the parties identified on the attached service list.

          */s/ Timothy L. Wentworth*
          TIMOTHY L. WENTWORTH

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 15-35602<br>Southern District of Texas<br>Houston<br>Fri Apr 28 11:03:39 CDT 2017 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Compass Bank<br>P.O. BOX 201347<br>ARLINGTON, TX 76006-1347 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue<br>Suite 1120<br>Miami, FL 33131-1605 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | 1st Elec Bank<br>280 W. 10200 5200<br>Sandy, UT 84070-4380 |
| 2 Dollar Capital, LLC AKA Forward Fin.<br>36 Bromfield Street, Suite 210<br>Boston, MA 02108-5273 | A. Benjamini & Co.<br>3444 Westheimer #1530<br>Houston, Texas 77027 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 |
| American Express<br>P.O. Box 981537<br>El Paso, Texas 79998-1537 | American Express Travel Related Services<br>P.O. Box 981537<br>El Paso, Texas 79998-1537 | Amijag, Inc.<br>5433 Westheimer #615<br>Houston, Texas 77056-5313 |
| Angel Mozina<br>185 Devonshire Street, Suite 400<br>Boston, MA 02110-1407 | BBVA Compass<br>2009 Beltline Rd. NW<br>Decatur, IL 35603 | BBVA Compass<br>P.O. Box 830696<br>Birmingham, AL 35283-0696 |
| Bank of America<br>P.O. Box 1697<br>Winterville, NC 28590-1697 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Barnett & Garcia, PLLC<br>3821 Juniper Trace, Suite 108<br>Austin, Texas 78738-5514 |
| Cach, LLC<br>4340 S. Monaco, 2nd Floor<br>Denver, CO 80237-3485 | Capital Bank<br>1 Church St. #300<br>Rockville, MD 20850-4190 | Capital Bank<br>2755 Philmont Ave.<br>Huntington Valley, PA 19006-5321 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank USA<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 | Chase Bank Credit Card Services<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| Citibank CBNA<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 | Citibank SD NA<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 | Citicards CBNA<br>P.O. Box 6247<br>Sioux Falls, SD 57117-6247 |
| Compass Bank, ADS as Agent<br>P.O. Box 4138<br>Houston, TX 77210-4138 | DNR<br>580 5th Ave., #821<br>New York, NY 10036-4725 | Diamond Collection Co.<br>865 6th Ave., #110<br>San Diego, CA 92101 |

| | | |
|---|---|---|
| Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Dollar Merchant Financing<br>36 Bromfield Street, Unit 210<br>Boston, MA 02108-5273 |
| FM Trading c/o<br>Totz Ellison<br>2211 Norfolk #510<br>Houston, Texas 77098-4048 | Fast Business Funding-Barnett Larcia<br>3821 Juniper Trace #108<br>Austin, Texas 78738-5514 | GECRB/Care Credit<br>P.O. Box 965036<br>Orlando, FL 32896-5036 |
| IC Diamonds LLC<br>55 Wabash Ave., #55<br>Chicago, IL 60603 | JPM<br>20 West 47th Street, Ste. 720<br>New York, NY 10036-3760 | Julius Klein<br>580 Fifth Ave., #500<br>New York, NY 10036-4727 |
| Julius Klein Diamonds LLC<br>Attn Marc L Ellison<br>221 Norfolk Ste 510<br>Houston TX 77098 | Navient<br>300 Continental Dr.<br>Newark, DE 197134322 | On Deck Capital<br>1400 Broadway, 25th Floor<br>New York, NY 10018-5225 |
| SYNCB/Home Design-CE/Appl<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | Shachar Moses<br>3 Jabatinsky Rd.<br>Shimpshon Building<br>Ramat Gan, Israel | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| Teama/The Parklane<br>1701 Hermann Drive<br>Houston, Texas 77004-7452 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | The Parklane<br>1701 Hermann Drive<br>Houston, Texas 77004-7337 |
| Totz Ellison & Totz, P.C.<br>2211 Norfolk, Suite 510<br>Houston, Texas 77098-4048 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Universal CD CBNA<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 |
| Wells Fargo Auto Finance<br>P.O. Box 1697<br>Winterville, NC 28590-1697 | West Lake Financial<br>4751 Wilshire Blvd., Ste 100<br>Los Angeles, CA 900103847 | Zevlon Shemesh<br>54 Bezale Yaholom Bldg., Ste 72<br>Ramat Gan, Israel |
| Zwicker & Associates P.C.<br>1 Chisolm Trail, Suite 301<br>Round Rock, Texas 78681-5109 | Lowell T Cage<br>Cage Hill and Niehaus LLP<br>5851 San Felipe<br>Suite 950<br>Houston, TX 77057-8021 | Nir Nissim Levy<br>1701 Hermann Drive<br>Unit 901<br>Houston, TX 77004-7353 |
| Rubin Flores II<br>Law Office of Rubin Flores, II PLLC<br>5959 West Loop South<br>Ste 455<br>Bellaire, TX 77401-2437 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America  
P.O. Box 982238  
El Paso, Texas 79998

(d)Bank of America  
P.O. Box 982238  
El Paso, Texas 79998-2238

Discover Financial Services, LLC  
P.O. Box 15316  
Wilmington, DE 19850

Texas Comptroller of Public Account  
P.O. Box 13528, Capitol Station  
Austin, Texas 78711-3528

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AMERICAN EXPRESS BANK, FSB  
C/O BECKET AND LEE LLP  
PO BOX 3001  
MALVERN, PA 19355-0701

(d)American Express Bank FSB  
c/o Becket and Lee LLP  
POB 3001  
Malvern  PA 19355-0701

(d)Recovery Management Systems Corporation  
25 S.E. 2nd Avenue, Suite 1120  
Miami, FL 33131-1605

(u)Shachar Moses  
J. Hezkiel Diamond Exchange  
Bldg. Shimshon Floor 11, Rm. 9

End of Label Matrix  
Mailable recipients     57  
Bypassed recipients      4  
Total                   61